Fred. R. Gunby and Lillian S. Gunby, his wife, and John
   Trice, Appellants, vs. John H. Drew, Appellee.

Appeal from Circuit Court, Hillsborough county,

Barron Phillips, Judge.

Gunby & Gibbons and William Hunter, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.